**08 CV 3545**

**JUDGE CASTEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITIGROUP GLOBAL MARKETS REALTY CORP., : Civil No.:
:
: **RULE 7.1 STATEMENT**
Plaintiff, :
- against - :
:
ACCREDITED HOME LENDERS, INC., :
:
:
Defendant. :
-----------------------------------------------------------------X

APR 11 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Accredited Home Lenders, Inc. (a private non-governmental party) certifies that Accredited Home Lenders Holding Co., is its corporate, publicly held parent holding 10% or more of its stock.

Dated: April 11, 2008

Respectfully submitted:

By: _____
Richard F. Ziegler
Alex Lipman
Brian J. Fischer
Elisabeth Genn
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022

*Counsel for Defendant Accredited Home Lenders, Inc.*