UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP.,<br><br>                             Plaintiff,<br><br> - against -<br><br>ACCREDITED HOME LENDERS, INC.,<br><br>                            Defendant. | **ECF CASE**<br><br>Case No.: 08 Civ. 3545(PKC)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Plaintiff Citigroup Global Markets Realty Corp. ("Citigroup"), by and through its undersigned counsel, Thacher Proffitt & Wood LLP, hereby enters its appearance in the above-captioned action.

      Citigroup requests that notice of all matters arising herein and service of all papers and documents filed herein be served upon Citigroup by service upon:

Patrick J. Boyle, Esq.
pboyle@tpw.com
William M. Cooney, Esq.
wcooney@tpw.com
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281
Phone: (212) 912-7400
Fax: (212) 912-7751

Dated: New York, New York
       April 16, 2008

                                          Respectfully submitted,

                                          THACHER PROFFITT & WOOD LLP

                                          By: /s/ William M. Cooney
                                                 Patrick J. Boyle
                                                 William M. Cooney

                                          Two World Financial Center
                                          New York, New York 10281
                                          (212) 912-7400
                                          *Attorneys for Plaintiff*