**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP., <br><br> Plaintiff, <br><br> - against - <br><br> ACCREDITED HOME LENDERS, INC., <br><br> Defendant. | **ECF CASE** <br><br> Case No.: 08 Civ. 3545(PKC) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Plaintiff Citigroup Global Markets Realty Corp. ("Citigroup"), by and through its undersigned counsel, Thacher Proffitt & Wood LLP, hereby enters its appearance in the above-captioned action.

Citigroup requests that notice of all matters arising herein and service of all papers and documents filed herein be served upon Citigroup by service upon:

Patrick J. Boyle, Esq.
pboyle@tpw.com
William M. Cooney, Esq.
wcooney@tpw.com
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281
Phone: (212) 912-7400
Fax: (212) 912-7751

Dated: New York, New York
April 16, 2008

Respectfully submitted,

THACHER PROFFITT & WOOD LLP

By: /s/ Patrick J. Boyle
Patrick J. Boyle
William M. Cooney

Two World Financial Center
New York, New York 10281
(212) 912-7400
*Attorneys for Plaintiff*