**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITIGROUP GLOBAL MARKETS REALTY CORP.,

                    Plaintiff,

- against -

ACCREDITED HOME LENDERS, INC.,

                    Defendant.

ECF CASE

Case No.: 08 Civ. 3545(PKC)

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff CITIGROUP GLOBAL MARKETS REALTY CORP. (a private non-governmental party) certifies that Plaintiff is a wholly owned subsidiary of Citigroup, Inc.

Dated:  New York, New York
         April 16, 2008

                                            Respectfully submitted,

                                            THACHER PROFFITT & WOOD LLP

                                            By:  /s/ William M. Cooney
                                                    Patrick J. Boyle
                                                    William M. Cooney

                                            Two World Financial Center
                                            New York, New York 10281
                                            (212) 912-7400
                                            *Attorneys for Plaintiff*