UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITIGROUP GLOBAL MARKETS REALTY CORP.,  :   Civil No.: 08 Civ. 3545 (PKC)
:
:   **STIPULATION AND**
                    Plaintiff,          :   ~~PROPOSED ORDER~~
    - against -                         :
:   USDS SDNY
:   DOCUMENT
ACCREDITED HOME LENDERS, INC.,          :   ELECTRONICALLY FILED
:   DOC #: _____
                    Defendant.          :   DATE FILED: 4/16/08
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Citigroup Global Markets Realty Corp., ("Citigroup") and defendant Accredited Home Lenders, Inc. ("Accredited"), through their counsel, that the time in which Accredited must answer, move or otherwise respond to Citigroup's Complaint shall be extended to and include May 13, 2008.

**SIGNATURES ON NEXT PAGE**

By:  Dated: April 14, 2008
     /s/ Patrick Boyle
     Patrick Boyle, Esq.
     William M. Cooney, Esq.
     THACHER PROFFITT & WOOD LLP
     Two World Financial Center
     New York, New York 10281

     *Counsel for Plaintiff Citigroup Global
     Markets Realty Corp.*

By:  Respectfully submitted:
     /s/ Richard F. Ziegler
     Richard F. Ziegler
     Alex Lipman
     Brian J. Fischer
     Elisabeth Genn
     JENNER & BLOCK LLP
     919 Third Avenue, 37th Floor
     New York, New York 10022

     *Counsel for Defendant Accredited
     Home Lenders, Inc.*

IT IS SO ORDERED THIS 16th
DAY OF APRIL 2008.

_____
The Honorable P. Kevin Castel
United States District Judge
Part I