UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CITIGROUP GLOBAL MARKETS REALTY CORP., :    **ECF Case**
                                                                  :
                                                                  :    Civil No.: 08 Civ. 3545 (PKC)
                              Plaintiff,                          :
        - against -                                               :    **AFFIDAVIT OF SERVICE**
                                                                  :
                                                                  :
ACCREDITED HOME LENDERS, INC.,                                    :
                                                                  :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X

Sheila A Ronan, being duly sworn, hereby deposes and says:

     1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I reside in New York County, New York.

     2.    On April 11, 2008, I caused true and correct copies of the **Notice of Removal with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Consent to Proceed Before a United States Magistrate Judge, and Individual Practices of Judge P. Kevin Castel** on behalf of Defendant Accredited Home Lenders, Inc. to be served via e-mail and first class mail delivery upon Patrick Boyle, Esq. and William M. Cooney, Esq. of Thacher Proffitt & Wood LLP, Two World Financial Center, New York, New York 10281, Counsel for Plaintiff Citigroup Global Markets Realty Corp.

                                                             _____
                                                                Sheila A. Ronan

Sworn to before me this
17th day of April 2008

_____
Notary Public

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010