UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
              :
CITIGROUP GLOBAL MARKETS REALTY CORP.,  :    **ECF Case**
              :
              :    Civil No.: 08 Civ. 3545 (PKC)
          Plaintiff,    :
  - against -        :    **CORRECTED RULE 7.1**
              :    **STATEMENT**
              :
ACCREDITED HOME LENDERS, INC.,      :
              :
         Defendant.   :
------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Accredited Home Lenders, Inc. (a private non-governmental party) certifies that there are no publicly held corporations that own 10% or more of its stock, and that the following are parent or grandparent corporations: Accredited Home Lenders Holding Co.; LSF5 Accredited Investments, LLC; LSF5 Accredited Holdings, LLC; Lone Star Fund V (U.S.), L.P.; and LSF V International Finance, L.P.

Dated: April 17, 2008                           Respectfully submitted:

                                        By:   s/ Alex Lipman_____
                                               Alex Lipman
                                               Richard F. Ziegler
                                               Brian J. Fischer
                                               JENNER & BLOCK LLP
                                               919 Third Avenue, 37th Floor
                                               New York, New York 10022

                                               *Counsel for Defendant Accredited Home Lenders, Inc.*

**CERTIFICATE OF SERVICE**

    I, Alex Lipman, hereby certify that on April 17, 2008 I served the foregoing **Corrected Rule 7.1 Statement** upon all counsel in this action action via the Court's electronic case filing system.

    Respectfully submitted,

    s/ Alex Lipman
    *Counsel for Defendant Accredited Home Lenders, Inc.*