UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

CITIGROUP GLOBAL MARKETS REALTY CORP., :

Plaintiff,

- against -

ACCREDITED HOME LENDERS, INC.,

Defendant.

--------------------------------------------------------------------X

(RJH)
08 Civ. 3545 (CM) (DF)

**STIPULATION AND
PROPOSED ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Citigroup

Global Markets Realty Corp., ("Citigroup") and defendant Accredited Home Lenders, Inc.

("Accredited"), through their counsel, that the time in which Accredited must answer, move or

otherwise respond to Citigroup's Complaint shall be extended to and include June 12, 2008.

**SIGNATURES ON NEXT PAGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/08

Dated: May 5, 2008

By: _____

Patrick Boyle
William M. Cooney
THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York 10281

*Counsel for Plaintiff Citigroup Global*
*Markets Realty Corp.*


Respectfully submitted:

By: _____

Richard F. Ziegler
Alex Lipman
Brian J. Fischer
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022

*Counsel for Defendant Accredited*
*Home Lenders, Inc.*


IT IS SO ORDERED THIS **12**
DAY OF MAY 2008.

_____

The Honorable Colleen McMahon
United States District Judge    Richard
                                 J.
                                 Holwell