UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS REALTY CORP., | Docket No.: 08 Civ. 03545 (RJH) |
| | **ECF CASE** |
| Plaintiff, | |
| -against- | |
| | **AFFIDAVIT OF SERVICE** |
| ACCREDITED HOME LENDERS, INC, | |
| Defendant. | |

STATE OF NEW YORK     )
                           ss.:
COUNTY OF NEW YORK   )

CONNIE LEE, duly sworn, deposes and says:

1.      I am over eighteen years of age and I am not a party to this action.  I have a business address of Two World Financial Center, New York, New York 10281.

2.      On May 15, 2008, I served the attached Initial Scheduling Conference Notice and Order by faxing and mailing a true and correct copy of same to:

> Richard Ziegler, Esq. (Fax: 212-891-1699)
> Alan Lipman, Esq. (Fax: 212-891-1699)
> Brian J. Fischer, Esq. (Fax: 212-909-0815)
> Elisabeth Genn, Esq. (Fax: 212-891-1622)
> JENNER & BLOCK LLP
> 919 Third Avenue, 37th Floor
> New York, New York 10022-3908

CONNIE LEE

Sworn to before me
this 15th day of May, 2008

NOTARY PUBLIC

LISA A. HERBERT
NOTARY PUBLIC, State of New York
No. 02HE6172161
Qualified in Kings County
Commission Expires August 6, 2011